BENJAMIN B. WAGNER
United States Attorney
HATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CV-01286-AWI-SAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR CONTINUANCE OF SCHEDULNG CONFERENCE** |
| APPROXIMATELY $24,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

On November 4, 2013, plaintiff, United States of America submitted its Request to Continue the November 19, 2013, Scheduling Conference to allow time for service to be effected and for potential claimants to appear in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference is continued to January 7, 2014 at 3 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **November 5, 2013**

UNITED STATES MAGISTRATE JUDGE

1