BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:13-CV-01286-AWI-SAB |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $24,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herewith, the Court finds:

1. This is a civil forfeiture action against Approximately $24,900.00 in U.S. Currency (hereafter "Defendant Currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on August 14, 2013, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On October 17, 2013, the Clerk of the Court issued a Warrant for Arrest for the Defendant Currency which was duly executed.

4. Beginning on November 14, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed with the Court on February 25, 2015.

5. In addition to public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Vilma Jeanette Mejia

    b. Eduardo Umanzor

    c. Roberto C. Jimenez, Attorney at Law

6. On December 27, 2013, Claimants filed a Claim and Answer to the Complaint.

7. Claimants state that they are the sole owners of the Defendant Currency and have authority to enter into this agreement.

8. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimants Vilma Jeanette Mejia, Eduardo Umanzor, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein $7,000.00 in U.S. Currency of the Defendant Currency, together with any interest that may have accrued on the full amount of the Defendant Currency, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of the Final Judgment of Forfeiture herein, $17,900.00 of the Defendant Currency shall be returned to Claimants via their counsel of record, Mr. Roberto C. Jimenez at 225 West Winton Avenue, Suite 200, Hayward, CA 94544.

5. Plaintiff United States of America and its servants, agents, and employees, and all other Public entities, their servants, agents, and employees, are released from any and all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the Defendant Currency. This is a full and final release applying to all unknown and

1  unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well
2  as to those now known or disclosed.  Claimants have waived the provisions of California Civil
3  Code § 1542.
4       6.   Pursuant to the stipulation of the parties, and the allegations set forth in the
5  Complaint filed on or about August 14, 2013, the Court finds that there was reasonable cause
6  for the seizure and arrest of the Defendant Currency, and for the commencement and
7  prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28
8  U.S.C. § 2465 shall be entered accordingly.
9       7.   Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between
10 the parties, no  party "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  All
11 parties shall bear their own costs and attorney's fees.
12      8.   The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of
13 Forfeiture.

**CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed August 14, 2013, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture.

IT IS SO ORDERED.

Dated:   March 13, 2015                              _____
                                                SENIOR  DISTRICT  JUDGE

Final Judgment of Forfeiture          3